CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

OCT 24 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 7:06CR00064-001 |
| | ) | |
| v. | ) | By: Hon. B. Waugh Crigler |
| | ) | U.S. Magistrate Judge |
| RONALD LEMON CALVIN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For reasons set forth from the bench on October 24, 2012, it is

ORDERED

that the arrest warrant issued by this court on September 25, 2012 is hereby DISMISSED, and the defendant hereby is released back to supervised release subject to all the conditions thereof.

The clerk is directed to forward certified copies of this Order to all counsel of record, U. S. Probation Service, Assistant Federal Public Defender, Andrea Harris and U. S. Marshal Service.

ENTERED this 24th day of October, 2012.

_____
U.S. MAGISTRATE JUDGE B. WAUGH CRIGLER